AO91 (Rev. 12/03) Criminal Complaint

United States Courts Southern District of Texas
FILED
10/2/2022
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.
Alejandro PONCE-Velasquez

**CRIMINAL COMPLAINT**

Case Number: V-22-0052M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 01, 2022 in Calhoun County, in the Southern District Of Texas defendant(s)

Alejandro PONCE-Velasquez, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Port Lavaca, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On October 01, 2022, Border Patrol Agents encountered Alejandro PONCE-Velasquez, after Port Lavaca Police Department had encountered him on a traffic stop near Port Lavaca, Texas. Agents determined Alejandro PONCE-Velasquez to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Alejandro PONCE-Velasquez was ordered removed from the United States by an Immigration Judge on November 12, 2014 and was physically removed from the United States to Mexico on November 17, 2014 via Laredo, Texas. Alejandro PONCE-Velasquez stated he last entered the United States illegally on or about February 05, 2022 near Laredo, Texas. There is no evidence to indicate Alejandro PONCE-Velasquez has applied for re-admission into the United States from any lawful authority.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Villarreal, Hector  Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

October 02, 2022
Date

at

Corpus Christi, Texas
City/State

Mitchel Neurock       U.S. Magistrate Judge
Name of Judge         Title of Judge

Signature of Judge